**MEMORANDUM**

TO: David Copperthite
Assistant U.S. Attorney

Timothy Colvin
Reg. No. 44624-037
FCI, Schuylkill
P.O. Box 759
Minersville, PA 17954

DATE: November 18, 2015

FROM: Judge Catherine C. Blake

SUBJECT: USA v. Timothy Colvin, CCB-10-098

---

I agree that Mr. Colvin's sentence of 110 months imposed pursuant to a Rule 11(c)(1)(C) plea agreement was not based on a specified drug quantity guidelines range. Accordingly, his motion for reduction will be denied by separate Order.